FILED: September 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2242
(1:25-cv-01237-MSN-WEF)

---

MARY COMANS

Plaintiff - Appellee

v.

EXECUTIVE OFFICE OF THE PRESIDENT; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES OF AMERICA

Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:25-cv-01237-MSN-WEF |
| Date notice of appeal filed in originating court: | 07/21/2026 |
| Appellants | Executive Office of the President; Department of Homeland Security; United States of America |
| Appellate Case Number | 26-2242 |
| Case Manager | C. Halupa<br>804-916-2702 |