**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**DOCKETING STATEMENT--CIVIL/AGENCY CASES**

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 26-2242, Comans v. Executive Office of the President |
| **Originating No. & Caption** | 1:25-cv-01237, Comans v. Executive Office of the President |
| **Originating Court/Agency** | Eastern District of Virginia |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 USC 1291 | |
| Time allowed for filing in Court of Appeals | 60 days (Fed. R. App. 4(a)(1)(B)) | |
| Date of entry of order or judgment appealed | 7/21/2026 | |
| Date notice of appeal or petition for review filed | 7/21/2026 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ◉ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ◉ Yes | ○ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Plaintiff formerly served as the Chief Financial Officer of the Federal Emergency Management Agency and was terminated by the President pursuant to his authority under Article II of the Constitution in February 2025. She filed this suit against the Executive Office of the President, Department of Homeland Security, and the United States of America claiming that defendants deprived her of her property interest in her continued federal employment and her reputational liberty interests without due process.

On summary judgment, the district court declared that defendants deprived plaintiff of her property interest in continued employment without due process of law and that they deprived her of her liberty interest in her good name without due process of law. As a remedy, the court ordered a name-clearing hearing to be held.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Whether the Civil Service Reform Act of 1978 precludes district court jurisdiction over this suit.

Whether Article II of the Constitution requires that plaintiff be subject to at-will removal.

Whether the district court's remedy was appropriate.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Mary Comans<br><br>Attorney: Harold Craig Becker<br>Address: (attorney contact info and additional counsel listed on separate page)<br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Jennifer Utrecht ____________________ **Date:** 09/22/2026

**Counsel for:** Defendant-Appellants

| **Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____________ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown: | |
|---|---|
| | |
| Signature: /s/ Jennifer L Utrecht | Date: 09/22/2026 |

**Docketing Statement - Continuation Sheet**

***Comans v. Executive Office of the President,* No. 26-2242 (4th Cir.)**

**Additional Counsel for Plaintiff-Appellee Mary Comans:**


Harold Craig Becker, Norman
Larry Eisen & Taryn Carpenter
Wilgus Null
DEMOCRACY DEFENDERS
FUND
600 Pennsylvania Avenue SE
Washington, DC 20003
202-588-1000
craig@democracydefenders.org

Heidi R. Burakiewicz
BURAKIEWICZ & DEPRIEST,
PLLC
1120 Connecticut Avenue NW
Suite 500
Washington, DC 20036
202-856-7500
hburakiewicz@bdlawdc.com

Kevin Edward Byrnes
PATRIOTS LAW GROUP OF
LYONS & HUGHES, P.C.
2760 Eisenhower Avenue Suite 250
Alexandria, VA 22314
301-952-9000
KevinByrnes@patriotslaw.com

Kevin Thomas Carroll, Bradley
Prescott Moss & Mark S. Zaid
MARK S. ZAID PC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
718-791-5761
kevin@markzaid.com

Margaret Donovan
KOSKOFF, KOSKOFF, &
BIEDER, PC
350 Fairfield Avenue
Bridgeport, CT 06604-0000
203-336-4421
mdonovan@koskoff.com

Abbe David Lowell
LOWELL & ASSOCIATES, PLLC
1250 H Street, NW Suite 250
Washington, DC 20005
202-508-4450
alowellpublicoutreach@lowellandas
sociates.com