Democracy Defenders Fund

October 20, 2026
Via CM/ECF

Honorable Nwamaka Anowi
Clerk
United States Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

Re: Comans v. Executive Office of the President, No. 26-2242

Dear Ms. Anowi:

Pursuant to 4th Cir. Local Rule 27(d)(2), Appellee hereby gives notice that she intends to file a reply in support of her motion to dismiss, ECF No. 15, and does not want the Court to actively consider the motion and response until a reply is filed. Appellee requests that the Court not act on the motion until the reply is received.

Thank you for your attention to this matter.

Sincerely,
/s/Harold Craig Becker
Counsel to the Appellee

cc: Counsel for Appellants via CM/ECF