No. 26-2242

UNITED STATES COURT OF APPEALS FOR
THE FOURTH CIRCUIT

MARY COMANS,

Plaintiff-Appellee

v.

EXECUTIVE OFFICE OF THE PRESIDENT;
DEPARTMENT OF HOMELAND SECURITY;
UNITED STATES OF AMERICA,

Defendants-Appellants.

On Appeal from the United States District Court for the Eastern District of Virginia No. 1:25-cv-01237-MSN-WEF

**APPELLEE MARY COMANS' MOTION TO SUSPEND BRIEFING PENDING RULING ON MOTION TO DISMISS**

Appellee Mary Comans hereby moves pursuant to Local Rule 27(f)(3) to suspend briefing pending this Court's ruling on her motion to dismiss the appeal. In support of the Motion, Appellee Comans states:

Appellee Comans filed a motion to dismiss the appeal for lack of a final, appealable order on October 7, 2026. ECF No 15. The motion was fully briefed after Appellee filed a reply on October 26, 2026. ECF No. 22.

Appellants' opening brief is due December 2, 2026, and Appellee's brief is due January 4, 2027.

The preparation and filing of briefs will be an unnecessary cost to the parties if the motion to dismiss is granted.

Appellants take no position on this motion.

**CONCLUSION**

For the above-stated reasons, the Court should suspend briefing until it rules on the pending motion to dismiss.

Dated: November 16, 2026

Respectfully submitted,

/s/ Harold Craig Becker
Harold Craig Becker (D.C. Bar #371239)

Harold Craig Becker (D.C. Bar #371239)
Taryn Wilgus Null (D.C. Bar #985724)
Norman L. Eisen (D.C. Bar #435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue, S.E., No. 15180
Washington, D.C. 20003
T: (202) 594-9958
craig@democracydefenders.org
taryn@democracydefenders.org
norman@democracydefenders.org

/s/ Mark S. Zaid
Mark S. Zaid (D.C. Bar #440532)
LAW OFFICES OF MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
T: (202) 498-0011
Mark@MarkZaid.com

/s/ Heidi R. Burakiewicz
Heidi R. Burakiewicz (D.C. Bar #473973)
BURAKIEWICZ & DEPRIEST, PLLC
1120 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
T: (202) 856-7500
HBurakiewicz@bdlawdc.com

## CERTIFICATE OF COMPLIANCE

This reply memorandum complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 426 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Times New Roman 14-point font, a proportionally spaced typeface.

/s/ Harold Craig Becker
Harold Craig Becker

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, I electronically filed the foregoing Motion to Suspend Briefing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

/s/ Harold Craig Becker
Harold Craig Becker