FILED: November 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2242
(1:25-cv-01237-MSN-WEF)

---

MARY COMANS

Plaintiff - Appellee

v.

EXECUTIVE OFFICE OF THE PRESIDENT; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES OF AMERICA

Defendants - Appellants

---

O R D E R

---

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk